ACCEPTED
04-15-00279-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/15/2015 12:00:00 AM
KEITH HOTTLE
CLERK

## No. 04-15-00279-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/15/2015 8:30:13 AM
KEITH E. HOTTLE
Clerk

# IN THE TEXAS COURT OF APPEALS
# FOURTH COURT OF APPEALS
# AT SAN ANTONIO, TEXAS

## ABDUL H. NUBANI
**Appellant**

**v.**

## COUNTY OF GUADALUPE and
## RANDALL R. SMIDT
**Appellees**

*Appealed from the 25th District Court of Guadalupe County, Texas*
*Trial Court Cause No. 2011-2202-CV*

# RESPONSE OF APPELLEE RANDALL R. SMIDT TO APPELLANT'S MOTION TO ABATE APPELLATE DEADLINES

RANDALL R. SMIDT
Attorney at Law
State Bar No. 00798509
1207 Bay Oaks Road
Houston, Texas 77008
Telephone: (713) 252-5613
spursrrs@gmail.com
RANDALL R. SMIDT

1

TO THE HONORABLE COURT OF APPEALS:

1. Appellant is Abdul H. Nubani. Appellees are the County of Guadalupe and Randall R. Smidt.

2. Appellant filed his lawsuit in November of 2011.

3. Among several disputes in this matter is the issue of subject matter jurisdiction which is still at issue.

4. Appellee Smidt agrees the language in the settlement agreement is agreed to already by all parties.

5. Other than alleging Nubani's residence location is cause for delaying the settlement, Appellant's Motion to Abate Appellate Deadlines Pending Settlement does not explain why he needs an additional 31 days after filing.

6. Appellee Randall R. Smidt is agreeable to an extension to June 30, 2015.

## PRAYER

Appellee Smidt request this Court set the date for dismissal of this appeal no later than June 30, 2015.

Respectfully submitted,

_Randall Smidt_
Randall Smidt
Attorney at Law
1207 Bay Oaks Road
Houston, Texas 77008
713-252-5613
spursrrs@gmail.com

2

## CERTIFICATE OF CONSULTATION

I hereby certify that on June 12, 2015, I attempted to learn from Mr. Frost why he needs an extension (having suggested and believing overnight mail would leave more than sufficient time). He did not respond.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2015, a true and correct copy of the foregoing was served on counsel as follows:

_____
Randall Smidt


Appellant: ABDUL H. NUBANI    Counsel:

James S. Frost
Law Office of James S. Frost
113 W. Gonzales Street
Seguin, Texas 78155
Telephone: 830-303-0404
Facsimile: 830-303-8584
frost@frostlawoffice.com


Appellee: COUNTY OF GUADALUPE  Counsel:

Matthew Tepper
McCreary, Veselka, Bragg & Allen, P.C.
700 Jeffrey Way, Suite 100
Round Rock, Texas 78665
Telephone: 512-323-3200
Facsimile: 512 323-3294
mtepper@mvbalaw.com